NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

**v.**

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-3115

---

Petition for review of the Merit Systems Protection Board in case no. AT4324090264-I-4.

---

## ON MOTION

---

## ORDER

Stephen Strausbaugh moves to file a corrected informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 1 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stephen Strausbaugh
     Vincent D. Phillips, Esq.
s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 4 2012**

**JAN HORBALY**
**CLERK**